**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 20-33087 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | FIRST TEXAS HOSPITAL CARROLLTON LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| For Period Ending: | 06/30/22 | (2nd reporting period for this case) | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK OF AMERICA - CHECKING | 1,000.00 | 1,000.00 | | 1,052.66 | FA |
| 2. ACCT. RECEIVABLE | 2,314,748.00 | 2,314,748.00 | | 1,063.51 | FA |
| 3. OTHER MACHINERY/FIXTURES/EQUIPMENT  SCG CAPITAL CORPORATION - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013 | 0.00 | 0.00 | | 0.00 | FA |
| 4. OTHER MACHINERY/FIXTURES/EQUIPMENT  GE HFS, LLC - MISCELLANEOUS LEASED MEDICAL EQUIPMENT - MASTER LEASE AGREEMENT DATED 01/11/2013. | 0.00 | 0.00 | | 0.00 | FA |
| 5. OTHER MACHINERY/FIXTURES/EQUIPMENT  MITSUBISHI UFJ LEASE & FINANCE (U.S.A.) INC. - MISCELLANEOUS LEASED MEDICAL EQUIPMENT- MASTER LEASE AGREEMENT DATED 01/11/2013 WITH SCG CAPITAL CORP. COLLATERALLY ASSIGNED TO MITSUBISHI UFJ LEASE & FINANCE (USA) INC. | 0.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS REFUNDS (u) | 0.00 | 0.00 | | 162.03 | FA |
| 7. BANK OF AMERICA CHECKING XXX18979 (u) | 0.00 | 73,156.20 | | 73,156.20 | FA |
| 8. BANK OF AMERICA CHECKING XXXX18966 (u)  * majority of the funds belong to Crawford Electric - misapplied to this account. | 0.00 | 360,409.67 | | 15,786.74 | FA |

LFORM1

Ver: 22.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 20-33087 | HDH | Judge: HARLIN D. HALE | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | FIRST TEXAS HOSPITAL CARROLLTON LLC | | | Date Filed (f) or Converted (c): | 12/18/20 (f) |
| | | | | 341(a) Meeting Date: | 02/02/21 |
| | | | | Claims Bar Date: | 05/04/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9. CASH FOR SUBPOENAS (u) | 0.00 | 30.00 | | 30.00 | FA |

TOTALS (Excluding Unknown Values)        $2,315,748.00        $2,749,343.87        $91,251.14

Gross Value of Remaining Assets    $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL RELATED CASES HAVE BEEN SUBSTANTIVELY CONSOLIDATED. ORDER ENTERED 08/20/2021. LEAD CASE IS ADETPUS HEALTH LLC, 20-33071. ESTIMATED DATE OF CLOSING IS 02/01/2024.

Initial Projected Date of Final Report (TFR): 02/01/22        Current Projected Date of Final Report (TFR): 02/01/24

LFORM1        Ver: 22.06b